United States District Court
Southern District of Texas
**ENTERED**
June 28, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| AVENGER MANUFACTURING COMPANY INC. | ) ) ) ) | |
| VS. | ) ) ) | MISC. ACTION NUMBER M-97-05 |
| SCOTT ROWLAND, et al. | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Movant's cause of action. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED and DECREED that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry Number 23 are hereby adopted by this Court.

The Clerk shall send a copy of this Order to the parties.

DONE on this 28th day of June, 2022, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE